MAE O'ROURKE, Appellant, *v.* HALCYON REST et al., Respondents, et al., Defendants.

Argued November 17, 1953; decided January 15, 1954.

*Robert E. Curran* for appellant.

*Joseph J. Brophy, Desmond T. Barry* and *James A. Treanor, Jr.,* for Henry W. Lloyd, respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.